**William B. Crow, OSB #610180**
Email bcrow@schwabe.com
**Joshua S. DeCristo, OSB #992519**
Email jdecristo@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900
   Of Attorneys for Defendant

**Scott Williams, Texas Bar #00791937**
Email swilliams@akingump.com
*Admitted Pro Hac Vice*
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201-4675
Telephone 214.969.2800
Fax 214.969.4343
   Of Attorneys for Plaintiff

**Bruce Cahn, OSB #935450**
Email bcahn@balljanik.com
Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, OR 97204
Telephone 503 228-2525
Fax 503 226-3910
   Of Attorneys for Plaintiff

FILED'09 APR 27 14:16 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SANDEN INTERNATIONAL (USA), INC., <br><br> Plaintiff/Counter Defendant, <br><br> vs. <br><br> DAIMLER TRUCKS NORTH AMERICA, LLC, <br><br> Defendant/Counter Claimant. | No. CV 08-0236- JE <br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Page 1 - **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 9/204
503.222.9981

PDX/026811/159991/JDC/4620526.1

IT IS HEREBY STIPULATED by and between the parties above-referenced, through their undersigned counsel of record, that the above-entitled action should be dismissed with prejudice and without costs to any party.

Respectfully submitted this 23rd day of April, 2009.

IT IS SO STIPULATED.

AKIN GUMP STRAUSS HAUER & FELD LLP

_____
Scott Williams
Attorneys for Plaintiff Sanden International (USA), Inc.

SCHWABE, WILLIAMSON & WYATT, P.C.

_____
Joshua S. DeCristo
Schwabe, Williamson & Wyatt, P.C.
Attorney for Defendant Daimler Trucks North America LLC

## ORDER

Based upon the foregoing stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be and is hereby dismissed with prejudice and without costs to any party.

DATED: 04.27.09

_____
JUDGE OF UNITED STATES DISTRICT COURT

Page 2 -   STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
503.222.9981

PDX/026811/159991/JDC/4620526.1